UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JARS HOLDINGS, LLC d/b/a JARS CANNABIS,

        Plaintiff,

v.

HEMPNOTIZE, LLC d/b/a GLASS JAR CANNABIS and GLASS JARS,

        Defendant.
_____/

Case Number 22-11102
Honorable David M. Lawson

### ORDER GRANTING REQUEST TO WITHDRAW AND REFILE COUNTER-CLAIM AND DISMISSING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO DISMISS

On July 21, 2022, the defendants filed an answer to the complaint and a counter-claim. The plaintiff subsequently filed a motion to dismiss the counter-claim. However, on October 28, 2022, the parties presented a stipulation to permit the defendants to withdraw the counter-claim and re-file an amended counter-claim. The Court has considered the request and finds that it should be granted. The motion to dismiss will be dismissed without prejudice.

Accordingly, it is **ORDERED** that the defendants' counter-claim (ECF No. 12) is deemed **WITHDRAWN**. If the defendants want to file an amended counter-claim, then they must do so **on or before November 10, 2022**.

It is further **ORDERED** that the plaintiff's motion to dismiss the counter-claim (ECF No. 15) is **DISMISSED** without prejudice.

                                            s/David M. Lawson
                                            DAVID M. LAWSON
                                            United States District Judge

Dated: November 3, 2022